**UNITED STATES OF AMERICA, Plaintiff—Appellee,**

v.

**Alexander MONTOYA–PEREZ, aka Ernesto Perez–Reyes aka Alexander Perez–Reyes, Defendant—Appellant.**

No. 02–10118.

D.C. No. CR–01–00583–FRZ.

United States Court of Appeals, Ninth Circuit.

Submitted June 9, 2003.*

Decided June 16, 2003.

Before RYMER, THOMAS and SILVERMAN, Circuit Judges.

### MEMORANDUM **

Alexander Montoya–Perez appeals his guilty-plea conviction and 37–month sentence for illegal reentry by a previously deported alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Montoya–Perez's counsel has filed a brief stating that he finds no meritorious issues for review, along with a motion to withdraw as counsel of record. Defendant has filed a pro se supplemental brief and

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

the Government has filed a responding brief.

Our examination of the briefs and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues for review on direct appeal.[1]

Accordingly, counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

1. To the extent Montoya–Perez seeks to raise a claim of ineffective assistance of counsel, we decline to reach this issue on direct appeal. *See United States v. Hanoum,* 33 F.3d 1128, 1131–32 (9th Cir.1994).

